IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br>Appellant,<br>vs.<br>PLATINUM REALTY AND HOLDINGS, LLC, A NEVADA LIMITED LIABILITY COMPANY,<br>Respondent. | No. 65252<br><br>**FILED**<br>DEC 0 5 2014<br>TRACIE K. LINDEMAN<br>CLERK OF SUPREME COURT<br>BY <br>DEPUTY CLERK |

*ORDER DECLINING CERTIFIED QUESTION*

This matter involves a legal question certified to this court, under NRAP 5, by the United States District Court for the District of Nevada. Specifically, the U.S. District Court has certified the following question to this court:

> Whether the prioritization of liens pursuant to Nev. Rev. Stat. § 116.3116 may have the effect of extinguishing the interest of a holder of a first security interest under a deed of trust secured by the unit when an association forecloses its delinquent assessments lien by sale pursuant to Nev. Rev. Stat. § 116.31162.

As we believe there is controlling Nevada precedent with respect to this question, we decline to answer this question. *See* NRAP 5(a). Specifically, in *SFR Investments Pool 1, LLC v. U.S. Bank, N.A.*, 130 Nev. ___, 334 P.3d 408 (2014), this court held that a common-interest community association's NRS 116.3116(2) superpriority lien has true

priority over a first security interest and that the association may nonjudicially foreclose on that lien.

   It is so ORDERED.

   _____, C.J.
   Gibbons

   _____, J.
   Pickering

   _____, J.
   Hardesty

   _____, J.
   Parraguirre

   _____, J.
   Douglas

   _____, J.
   Cherry

   _____, J.
   Saitta

cc: Akerman LLP/Las Vegas
   Greene Infuso, LLP
   Clerk, United States District Court for the District of Nevada