**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

PLATINUM REALTY AND HOLDINGS, LLC,

    Plaintiff,

vs.

REVA K. LARSEN, *et al.*,

    Defendants.

2:14-cv-00168-GMN-VCF

**REPORT AND RECOMMENDATION**

Before the Court is the Motion to Adjudicate Attorneys' Lien. (#34).

Plaintiff Platinum Realty and Holdings, LLC ("Platinum") retained Greene Infuso, LLP in January 2014 to represent it as counsel in prosecution of the Complaint filed in the matter of *Platinum Realty and Holdings, LLC v. Reva K. Larsen*, case number 2:14-cv-00168-GMN-VCF. Greene Infuso, LLP provided legal services to Plaintiff Platinum but Platinum has not fulfilled its financial obligations to the firm. *Id.* On November 6, 2014, the court granted the Substitution of Attorneys and the law firm of Maier Gutierrez Ayon substituted in place and stead of Greene Infuso, LLP, as counsel of record for Plaintiff. (#31). Plaintiff Platinum has an outstanding balance due and owing to Greene Infuso, LLP in the amount of $5,319.47 in attorney's fees and costs. Greene Infuso, LLP sent a notice of lien to Plaintiff Platinum on September 26, 2014 and the lien has not been satisfied. (#34). On April 14, 2015, Michael Infuso, Esq. of the law firm of Greene Infuso, LLP filed the instant motion to adjudicate attorney's lien (#34). To date, no opposition has been filed. Pursuant to LR 7-2 (d), "[t]he failure of an opposing party to file points and authorities in response to any motions shall constitute a consent to the granting of the motion." The time to file has passed. Here, it would seem that Plaintiff Platinum and Defendants have consented to the granting of the instant motion. The attorney's fees and costs in the amount of $5,319.47, incurred by

1  Greene Infuso, LLP, is reasonable given the description of the legal work performed and the level of skill
2  required. (#34).
3       Accordingly,
4       IT IS HEREBY RECOMMENDED that the Motion to Adjudicate Attorneys' Lien (#34) be
5  GRANTED and any recovery in this action, by settlement or satisfaction of judgment be subject to a lien
6  in favor of Greene Infuso, LLP in the amount of $5,319.47 against Platinum Realty and Holdings, LLC.
7       DATED this 21st day of May, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE