# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| PLATINUM REALTY AND HOLDINGS, LLC, <br><br> Plaintiff, <br><br> vs. <br> REVA K. LARSEN, *et al.*, <br><br> Defendants. | 2:14-cv-00168-GMN-VCF <br> **ORDER** |

Before the court is the parties' Stipulation and Order Allowing Defendant Bank of America, N.A. to Amend its Answer to Include Additional Affirmative Defenses, Counterclaims Against Plaintiff, and Crossclaims Against Lamplight Gardens at Silverado Ranch HOA and Absolute Collection Services, LLC (#44).

IT IS HEREBY ORDERED that a hearing on the parties' Stipulation and Order Allowing Defendant Bank of America, N.A. to Amend its Answer to Include Additional Affirmative Defenses, Counterclaims Against Plaintiff, and Crossclaims Against Lamplight Gardens at Silverado Ranch HOA and Absolute Collection Services, LLC (#44) is scheduled for 11:00 a.m., December 15, 2015, in courtroom 3D.

DATED this 8th day of December, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE