# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| PLATINUM REALTY AND HOLDINGS, LLC, | |
| Plaintiff, | 2:14-cv-00168-GMN-VCF |
| vs. | **ORDER** |
| REVA K. LARSEN, *et al.*, | |
| Defendants. | |

Before the court is the Emergency Motion to Compel Deposition of Rule 30(B)(6) Witness for Silverado Ranch Homeowners Association on Shortened Time (#48).

IT IS HEREBY ORDERED that a telephonic hearing on the Emergency Motion to Compel Deposition of Rule 30(B)(6) Witness for Silverado Ranch Homeowners Association on Shortened Time (#48) is scheduled for 10:00 a.m., February 18, 2016. The parties and Lamplight Gardens Homeowners Association and Platinum Realty and Holdings, LLC are instructed to call telephone number: (888) 273-3658, access code: 3912597, five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

The court clerk is directed to mail a copy of this Order to Lamplight Gardens Homeowners Association, c/o Ryan Reed, Leach Johnson Song & Gruchow, 8945 W. Russell Road, Suite 330, Suite 330, Las Vegas, Nevada 89148 and Platinum Realty and Holdings, LLC c/o Zachary Clayton at Law Office of Mike Beede, 2300 W. Sahara Avenue, Suite 240, Las Vegas, Nevada 89102.

DATED this 2nd day of February, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE