MICHAEL BEEDE, ESQ.
Nevada Bar No. 13068
Law Office of Mike Beede, PLLC
2300 W. Sahara Ave., Suite 420
Las Vegas, NV 89102
Phone: 702-473-8406
eservice@legallv.com
*Attorneys for Plaintiff, Platinum Realty and Holdings, LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| PLATINUM REALTY AND HOLDINGS, LLC, a Nevada limited liability cpmpany, <br><br> Plaintiff, <br><br> v. <br><br> REVA K. LARSEN, an individual; BANK OF AMERICA, N.A., a national association; and any other persons unknown claiming any right, title, estate, lien, or interest in the Property adverse to Plaintiff's ownership, or any cloud upon Plaintiff's title thereto DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO. 2:14-cv-00168-GMN-VCF <br><br><br> **NOTICE OF DISASSOCIATION** |

    Plaintiff, Platinum Realty and Holdings, LLC hereby provides notice that Cheryl A. Grames, Esq. is no longer associated with The Law Offices of Mike Beede, PLLC, and requests that Ms. Grames be removed from the CM/ECF service list.

    The Law Office of Mike Beede, PLLC will continue to represent Plaintiff, Platinum Realty and Holdings, LLC and requests that Michael Beede, Esq. receive all future notices.

    DATED this 3rd day of February, 2017.

    LAW OFFICE OF MICHAEL BEEDE, PLLC

    By: _/s/ Michael Beede, Esq._____
    MICHAEL BEEDE, ESQ.
    Nevada Bar No. 13068
    2300 W. Sahara Ave., #420
    Las Vegas, NV 89102

## COURT APPROVAL

IT IS SO ORDERED.

Date: 2-3-2017

_____
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, not interested in, this action. On the 3rd day of February, 2017, I caused a true and correct copy of the foregoing **NOTICE OF DISASSOCIATION** to be served by the method indicated:

___ U.S. Mail

___ U.S. Certified Mail

___ Facsimile Transmission

___ Federal Express

_X_ Electronic Service via CM/ECF

___ E-Mail

　　　　　　　　　　　　　　　　　　　　　　/s/ Allison Zeason
　　　　　　　　　　　　　　　　　　　　　　An Employee of the Law Office of
　　　　　　　　　　　　　　　　　　　　　　Mike Beede, PLLC